Carlos GONZALEZ; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–74120.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**604**

Simon Salinas, Esq., Tustin, CA, for Petitioners.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, James A. Hunolt, Esq., Eric W. Marsteller, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' July 20, 2006 decision.

  Respondent's unopposed motion for summary disposition is granted be-

** This disposition is not appropriate for publi-

cause the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied because the BIA did not abuse its discretion in its July 20, 2006 decision. *See* 8 C.F.R. § 1003.2(b)(2) (stating deadline for filing motions to reconsider); *see also Iturribarria v. INS,* 321 F.3d 889, 895–96 (9th Cir.2003).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.